**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PATRICIA WILLIAMS,

                Plaintiff,                19 **CIVIL** 1353 (MKV)

      -against-                        **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION, and PAUL ROTONDO,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 29, 2021, Plaintiff has failed to carry her burden to establish, through admissible evidence, a *prima facie* case of discrimination and to rebut Defendants' proferred non-discriminatory reasons for the allegedly adverse employment actions and her termination. She also has not provided evidence of a hostile work environment or adequately established supervisory liability on the part of the DOE. As a result, Defendants' motion for summary judgment [ECF No. 56] is GRANTED. Judgment is entered for Defendants, and the case is closed.

**Dated:**  New York, New York
           March 29, 2021

                                                **RUBY J. KRAJICK**
                                                  Clerk of Court
                                  **BY:**
                                                        Deputy Clerk